MEMO ENDORSED

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　Web: www.abdulhassan.com

November 2, 2020

**Via ECF**

Hon. Katherine P. Failla, USDJ
Hon. Debra C. Freeman, USMJ
United States District Court, SDNY
40 Foley Square, Courtroom 618
New York, NY 10007

<u>**Re: Augusta Smith v. Unique People Services, Inc.**</u>
　　　Case No: 20-CV-04714 (KPF)(DCF)
　　　Motion for Extension of Time

Dear Judge Failla/Magistrate-Judge Freeman:

　　My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the November 2, 2020 deadline for the parties to provide a status report on the mediation. This request is being made because some additional time is needed to further confer with Defendant.

　　We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

　/s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**　　Defense Counsel via ECF

---

Application GRANTED.

Dated:　　November 3, 2020
　　　　　New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

1